UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRM TECHSOL PVT LTD.,

                Plaintiffs,

-against-

VIRGIL INC.,

                Defendants.

**ORDER**

22 Civ. 9750 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, this matter is stayed for thirty days and will be referred to Magistrate Judge Parker for a settlement conference. Within three days of the settlement conference, the parties will submit a joint letter advising this Court of the outcome of the conference and the status of this case.

Dated: February 16, 2023
      New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge