The law practice of
# J. GREENBERGER, PLLC

(718) 502-9555                                                       Jordan Greenberger, Esq.
www.jgreenbergerlaw.com                         jordan@jgreenbergerlaw.com

April 11, 2023

VIA ECF
Hon. Paul G. Gardephe
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re:    1:22-cv-09750-PGG SRM Techsol Pvt Ltd. v. Virgil Inc.

Your Honor,

      I represent plaintiff SRM Techsol Pvt Ltd. ("Plaintiff" or "SRM"). A settlement conference before Magistrate Judge Parker has been scheduled for August 1, 2023, and I respectfully request that the Court extend the stay of this action from April 17, 2023 to August 8, 2023. I have conferred with counsel for defendant Virgil Inc. ("Defendant" or "Virgil") and he consents to this request, which does not impact any other scheduled dates in this action.

      On February 16, 2023, the Court referred the case to Magistrate Judge Parker for a settlement conference and entered an order staying the action for 30 days. Docs. 18-19. On March 16, 2023, the Court extended the stay an additional 30 days due to the initial pre-conference telephone call not being scheduled with Magistrate Judge Parker until April 10th. Counsel for the parties have now had the April 10th conference with Magistrate Judge Parker, and the settlement conference (with clients) is scheduled for August 1, 2023. Extending the current stay to August 8, 2023 will allow the parties time to participate in the settlement conference and provide Your Honor with an update following the mediation.

**MEMO ENDORSED:** The application is granted. The parties will submit a joint letter indicating whether this matter has settled within three days of any settlement conference.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: April 13, 2023

Respectfully submitted,

/s/ Jordan Greenberger
Jordan Greenberger, Esq.